THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
LISABETH SHINER
California Bar No. 151792
Special Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012           E-FILED 05-18-09
    Telephone:  (213) 894-6528              cc: FISCAL
    Facsimile:  (213) 894-7177               JS-6
    E-mail: Lisabeth.Shiner@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.  CV 08-4963 PSG (AJWx) |
| Plaintiff, ) | |
| ) | [PROPOSED] |
| v. ) | |
| ) | **CONSENT JUDGMENT OF FORFEITURE** |
| $9,220.00 IN U.S. ) | |
| CURRENCY, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| JERRON JOHNS, ) | |
| ) | |
| Claimant. ) | |

/ / /

/ / /

/ / /

This action against $9,220.00 in U.S. currency (the "defendant currency") was filed on July 29, 2008. Notice was given and published in accordance with law. Claimant Jerron Johns filed a claim on December 31, 2008, and an answer on January 20, 2009. No other claims or answers have been filed, and the time for filing claims and answers has expired. Plaintiff and claimant have reached an agreement that is dispositive of the action. The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.
2. Notice of this action has been given in accordance with law. All potential claimants to the defendant currency other than claimant are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.
3. The United States of America shall have judgment as to $6,220.00 of the defendant currency, plus all interest earned by the government on the entirety of the defendant assets, and no other person or entity shall have any right, title or interest therein. The Federal Bureau of Investigation is ordered to dispose of said assets in accordance with law.
4. $3,000.00 of the defendant currency, without any interest earned by the government on that amount, shall be paid to claimant Jerron Johns. Said funds shall be

|    |    |    |
|----|----|----|
| 1  |    | forwarded by a check in the amount of $3,000.00 made |
| 2  |    | payable to "Natashia Hunter" and shall be mailed to |
| 3  |    | Natashia Hunter, 5720 Kenwood Place, Riverside, CA |
| 4  |    | 92509. |
| 5  | 5. | Claimant hereby releases the United States of America, |
| 6  |    | its agencies, agents, and officers, including employees |
| 7  |    | and agents of the Federal Bureau of Investigation, from |
| 8  |    | any and all claims, actions or liabilities arising out |
| 9  |    | of or related to this action, including, without |
| 10 |    | limitation, any claim for attorney's fees, costs or |
| 11 |    | interest which may be asserted on behalf of claimant, |
| 12 |    | whether pursuant to 28 U.S.C. § 2465 or otherwise. |
| 13 | 6. | The Court finds that there was reasonable cause for the |
| 14 |    | seizure of the defendant currency and institution of |
| 15 |    | these proceedings.  This judgment shall be construed as |
| 16 |    | a certificate of reasonable cause pursuant to 28 U.S.C. |
| 17 |    | § 2465. |

Dated: **5/15/09**

**PHILIP S. GUTIERREZ**
THE HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE